# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of: | Chapter 13
Case No. 23-20224-MJK

Alice Lynn Bianco
416 Plantation Rd
Glennville, GA  30427

Social Security No.:   XXX-XX-3384

Debtor(s)

## TRUSTEE'S REPORT OF CONFIRMATION

On Tuesday, September 12, 2023 the Bankruptcy Court confirmed the above debtor(s)' plan with payments of $875.00 MONTHLY for a period of 38 months. The dividend to unsecured creditors will not be less than 10%. Disbursements shall be made by M. Elaina Massey, Trustee, to the following creditors:

| Claim # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
| ADMIN FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $0.00 |
| FILING FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $0.00 |
| ATTY FEE | JOHN E PYTTE | PRIORITY | $4,500.00 |
| 0001 | DISCOVER BANK | UNSECURED | $16,488.95 |
| 0004 | AMERICAN EXPRESS | UNSECURED | $9,805.81 |

Page 1 of 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), debtor(s)' attorney In this case and all parties listed above.

Dated this Thursday, May 23, 2024

/s / Sherry Mason

for the Office of M. Elaina Massey, Chapter 13 Trustee
Post Office Box 1717
Brunswick, Georgia 31521
(912) 466-9787

SJM